UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAWRENCE McGARRY,<br><br>Plaintiff,<br><br>v.<br><br>NICK JOHNSON, et al,<br><br>Defendants. | No.  2:23-cv-00102 DJC AC PS<br><br><br><br>ORDER |

On August 7, 2023, defendants filed a motion to dismiss set to be heard on the papers on September 6, 2023.  ECF No. 10.  Pursuant to Local Rule 230, plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, that deadline was August 21, 2023.  Plaintiff did not file an opposition or statement of non-opposition.  The court is concerned that plaintiff has abandoned this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court may recommend dismissal of this case pursuant to Local Civil Rule 110.

////

IT IS SO ORDRED.

DATED: September 11, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE