UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LAWRENCE McGARRY, | No. 2:23-cv-00102 DJC AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| NICK JOHNSON, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 13, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 16. Plaintiff filed objections (ECF No. 17), which the Court has considered despite being untimely, and Defendants filed a response (ECF No. 19).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed October 13, 2023, are adopted in full.

2. Defendants' motion to dismiss (ECF NO. 10) is GRANTED and this case is dismissed.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 23, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Mcga0102.801